| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P/E | Pay Rate Per Week | Hourly Rate | OT Rate | | 6.94142857 | | Effective Hourly Rate | NY MW | Diff | MW Diff Owed |
| 2 | 10/10/15 | $ 425.00 | $ 10.63 | $ 15.94 | | $ 110.63 | | $ 8.43 | $ 8.75 | $ 0.32 | $ 16.11 |
| 3 | 10/17/15 | $ 425.00 | $ 10.63 | $ 15.94 | | $ 110.63 | | $ 8.43 | $ 8.75 | $ 0.32 | $ 16.11 |
| 4 | 10/24/15 | $ 425.00 | $ 10.63 | $ 15.94 | | $ 110.63 | | $ 8.43 | $ 8.75 | $ 0.32 | $ 16.11 |
| 5 | 10/31/15 | $ 425.00 | $ 10.63 | $ 15.94 | | $ 110.63 | | $ 8.43 | $ 8.75 | $ 0.32 | $ 16.11 |
| 6 | 11/7/15 | $ 425.00 | $ 10.63 | $ 15.94 | | $ 110.63 | | $ 8.43 | $ 8.75 | $ 0.32 | $ 16.11 |
| 7 | 11/14/15 | $ 425.00 | $ 10.63 | $ 15.94 | | $ 110.63 | | $ 8.43 | $ 8.75 | $ 0.32 | $ 16.11 |
| 8 | 11/21/15 | $ 425.00 | $ 10.63 | $ 15.94 | | $ 110.63 | | $ 8.43 | $ 8.75 | $ 0.32 | $ 16.11 |
| 9 | 11/28/15 | $ 425.00 | $ 10.63 | $ 15.94 | | $ 110.63 | | $ 8.43 | $ 8.75 | $ 0.32 | $ 16.11 |
| 10 | 12/5/15 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 8.75 | $ (0.18) | $ - |
| 11 | 12/12/15 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 8.75 | $ (0.18) | $ - |
| 12 | 12/19/15 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 8.75 | $ (0.18) | $ - |
| 13 | 12/26/15 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 8.75 | $ (0.18) | $ - |
| 14 | 1/2/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 15 | 1/9/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 16 | 1/16/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 17 | 1/23/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 18 | 1/30/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 19 | 2/6/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 20 | 2/13/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 21 | 2/20/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 22 | 2/27/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 23 | 3/5/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 24 | 3/12/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 25 | 3/19/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 26 | 3/26/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 27 | 4/2/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 28 | 4/9/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 29 | 4/16/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 30 | 4/23/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 31 | 4/30/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 32 | 5/7/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 33 | 5/14/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 34 | 5/21/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 35 | 5/28/16 | $ 450.00 | $ 11.25 | $ 16.88 | | $ 117.14 | | $ 8.93 | $ 9.00 | $ 0.07 | $ 3.71 |
| 36 | 6/4/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 37 | 6/11/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 38 | 6/18/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 39 | 6/25/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 40 | 7/2/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 41 | 7/9/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 42 | 7/16/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 43 | 7/23/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 44 | 7/30/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 45 | 8/6/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 46 | 8/13/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 47 | 8/20/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 48 | 8/27/16 | $ 475.00 | $ 11.88 | $ 17.81 | | $ 123.64 | | $ 9.42 | $ 9.00 | $ (0.42) | $ - |
| 49 | 9/3/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 50 | 9/10/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 51 | 9/17/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 52 | 9/24/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 53 | 10/1/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 54 | 10/8/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 55 | 10/15/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 56 | 10/22/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 57 | 10/29/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 58 | 11/5/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 59 | 11/12/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 60 | 11/19/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 61 | 11/26/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 62 | 12/3/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 63 | 12/10/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 64 | 12/17/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 65 | 12/24/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 66 | 12/31/16 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 9.00 | $ (0.92) | $ - |
| 67 | 1/7/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 68 | 1/14/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 69 | 1/21/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 1/28/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 71 | 2/4/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 72 | 2/11/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 73 | 2/18/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 74 | 2/25/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 75 | 3/4/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 76 | 3/11/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 77 | 3/18/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 78 | 3/25/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 79 | 4/1/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 80 | 4/8/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 81 | 4/15/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 82 | 4/22/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 83 | 4/29/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 84 | 5/6/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 85 | 5/13/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 86 | 5/20/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 87 | 5/27/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 88 | 6/3/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 89 | 6/10/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 90 | 6/17/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 91 | 6/24/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 92 | 7/1/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 93 | 7/8/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 94 | 7/15/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 95 | 7/22/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 96 | 7/29/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 97 | 8/5/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 98 | 8/12/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 99 | 8/19/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 100 | 8/26/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 101 | 9/2/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 102 | 9/9/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 103 | 9/16/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 104 | 9/23/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 105 | 9/30/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 106 | 10/7/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 107 | 10/14/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 108 | 10/21/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 109 | 10/28/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 110 | 11/4/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 111 | 11/11/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 112 | 11/18/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 113 | 11/25/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 114 | 12/2/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 115 | 12/9/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 116 | 12/16/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 117 | 12/23/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 118 | 12/30/17 | $ 500.00 | $ 12.50 | $ 18.75 | | $ 130.15 | | $ 9.92 | $ 11.00 | $ 1.08 | $ 54.53 |
| 119 | 1/6/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 120 | 1/13/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 121 | 1/20/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 122 | 1/27/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 123 | 2/3/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 124 | 2/10/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 125 | 2/17/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 126 | 2/24/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 127 | 3/3/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 128 | 3/10/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 129 | 3/17/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 130 | 3/24/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 131 | 3/31/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 132 | 4/7/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 133 | 4/14/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 134 | 4/21/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 135 | 4/28/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 136 | 5/5/18 | $ 550.00 | $ 13.75 | $ 20.63 | | $ 143.17 | | $ 10.91 | $ 13.00 | $ 2.09 | $ 105.36 |
| 137 | | | | | | $ 17,232.53 | Unpaid OT | | | | $ 4,942.64 |
| 138 | | | | | | $ 17,232.53 | Liq | | | | $ 4,942.64 |
| 139 | | | | | | $ 34,465.06 | Total | | | | $ 9,885.28 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | | | | | | | | Grand Total | $ 44,350.34 | | |